1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MALIK DAVIS,                              No.  1:24-cv-00896 GSA (PC)

12              Plaintiff,                      ORDER GRANTING PLAINTIFF'S
                                                APPLICATION TO PROCEED IN FORMA
13         v.                                   PAUPERIS

14    JASMIN HERRERA, et al.,                   (ECF No. 2)

15              Defendants.                     ORDER FOR PAYMENT OF INMATE
                                                FILING FEE BY CALIFORNIA
16                                              DEPARTMENT OF CORRECTIONS AND
                                                REHABILITATION
17

18

19   To:  Director of the California Department of Corrections and Rehabilitation:

20          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and

21   has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  Plaintiff has

22   submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  (See ECF Nos.

23   2, 5).  Accordingly, the request to proceed in forma pauperis will be granted.

24          Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

25   §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in

26   accordance with the provisions of 28 U.S.C. § 1915(b)(1).

27          Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of: (a) the

28   average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in

                                              1

1   plaintiff's account for the 6-month period immediately preceding the filing of this action.  28

2   U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will be obligated to

3   make monthly payments in the amount of twenty percent of the preceding month's income

4   credited to plaintiff's trust account.  The California Department of Corrections and Rehabilitation

5   is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments

6   from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the

7   statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

8        Good cause appearing therefore, IT IS HEREBY ORDERED that:

9        1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is GRANTED;

10       2.  The Director of the California Department of Corrections and Rehabilitation, or a

11   designee, shall collect from plaintiff's prison trust account an initial partial filing fee in

12   accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

13   forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

14   name and number assigned to this action.

15       3.  Thereafter, the Director of the California Department of Corrections and

16   Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments

17   in an amount equal to twenty percent (20%) of the preceding month's income credited to the

18   prisoner's trust account and forward payments to the Clerk of the Court each time the amount in

19   the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing

20   fee for this action has been paid in full.  The payments shall be clearly identified by the name and

21   number assigned to this action.

22       4.  The Clerk of the Court is directed to serve a copy of this order, and a copy of

23   plaintiff's signed in forma pauperis affidavit on the Director, California Department of

24   Corrections and Rehabilitation, via the Court's electronic case filing system (CM/ECF).

25       5.  The Clerk of the Court is directed to serve a copy of this order on the Financial

26   Department of the Court.

27

28

1
2      IT IS SO ORDERED.

3          Dated:   **August 20, 2024**                          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28