1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MALIK DAVIS,                          No.  1:24-cv-00896 GSA (PC)

12              Plaintiff,                   ORDER DENYING MOTION FOR
                                            APPOINTMENT OF COUNSEL AS
13        v.                                DUPLICATIVE

14    JASMIN HERRERA, et al.,                (See ECF Nos. 11, 13)

15              Defendants.

16

17        On 1/24/25 Plaintiff filed another request for the appointment of counsel.  ECF No. 13.

18   This is the second motion for the appointment of counsel that he has filed in less than a month.

19   See ECF No. 11 (appointment of counsel request docketed 12/30/24).

20        On January 7, 2025, the Court denied Plaintiff's first-filed appointment of counsel request.

21   ECF No. 12.  Given that:  (1) Plaintiff signed the instant appointment of counsel request on

22   January 19, 2025 (see ECF No. 13); (2) the two requests are virtually identical in content, and (3)

23   it does not appear that Plaintiff's circumstances have changed since he filed the first request, the

24   Court assumes that its denial of Plaintiff's first request (ECF Doc. 11), and this instant second

25   request crossed in the mail.  Therefore, this second appointment of counsel request will be denied

26   as duplicative.

27

28

                                            1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel (ECF No. 13) is DENIED as duplicative.

IT IS SO ORDERED.

Dated:   **January 28, 2025**                        **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE