UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK DAVIS,<br>Plaintiff,<br>v.<br>HERRERA, *et al.*,<br>Defendant. | No. 1:24-cv-00896-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS TO AMEND COMPLAINT<br><br>Doc. 55 |

Malik Davis proceeds on a claim under 42 U.S.C. § 1983, alleging defendants Jasmin Herrera, Jaime Rivera, and Edward Renteria used excessive force against him on May 17, 2023. Davis filed motions to amend his complaint to add a state law battery claim and official capacity claims. Docs. 44, 47. The magistrate judge found that leave to amend was not warranted due to the futility of amendment. Doc. 55 at 4-6. The magistrate judge therefore recommended Davis's motions be denied. *Id.* at 6.

On September 29, 2026, the court served the findings and recommendations on the parties and informed them that any objections were due within 14 days. Doc. 55 at 6. The court also advised the parties that the failure to file timely objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). No party has filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on September 29, 2026, Doc. 55, are adopted in full;
2. Plaintiff's motions to amend the complaint, Docs. 44, 47, are denied.
3. Defendants shall file a responsive pleading to the operative complaint within 30 days of the date of service of this order.

IT IS SO ORDERED.

Dated: October 31, 2026

UNITED STATES DISTRICT JUDGE